

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 04, 2022

Clerk, United States District Court

__Northern__ District of __Ohio__

Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113

Re:   Transfer of Jurisdiction of Probation
Your Case No. __0647 1:05CR00126-001__
Assigned Our Case No. __5:22-cr-00252-JGB__
Case Title: __USA v Frank Aaron Adams__

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Philip S Gutierrez__.

Please forward to this district certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By __lori_muraoka@cacd.uscourts.gov__
Deputy Clerk

cc:   Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/18)   **TRANSMITTAL LETTER - PROBATION TRANSFER IN**